IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                                           CHAPTER 13

MARILYN GUERRERO                          CASE NO. 05-19877 NLJ

        Debtor(s).

COMPLETED
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 04/01/2010 | 922831 | ADVANCE AMERICA | 1308 SW LEE<br>LAWTON, OK 73501 | $ 20.46 |
| 07/01/2010 | 929043 | ADVANCE AMERICA | 1308 SW LEE<br>LAWTON, OK 73501 | $ .95 |
| 07/01/2010 | 929767 | DUTILS HOME REPAIR | 1408 NW HUNTER ROAD<br>LAWTON, OK 73505 | $ .99 |

DATED: 10/20/2010

                                         /s/ John Hardeman
                                         _____
                                         CHAPTER 13 TRUSTEE
                                         P.O. BOX 1948
                                         OKLAHOMA CITY, OK 73101
                                         (405)236-4843

                                                             #334/LB